NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1344

SYNTHON IP, INC.,

Plaintiff-Appellant,

v.

PFIZER, INC.,

Defendant-Appellee.

Nichole W. Stafford, Wilson Sonsini, Goodrich & Rosati, PC, of Austin, Texas, argued for plaintiff-appellant. On the brief were Jonathan G. Graves and John P. Moy, Cooley Godward Kronish LLP, of Reston, Virginia; Michael A. Ladra and Terry Kearney, Wilson, Sonsini, Goodrich & Rosati, PC, of Palo Alto, California; Of counsel was Nathan K. Cummings, Cooley Godward Kronish LLP, of Reston, Virginia.

Jack B. Blumenfield, Morris, Nichols, Arsht & Tunnell, LLP, of Wilmington, Delaware, argued for defendant-appellee. With him on the brief were Maryellen Noreika, and James W. Parrett, Jr. Of counsel was John F. Anderson, Troutman Sanders LLP, of McLean, Virginia; and Derek J. Fahnestock, Morris, Nichols, Arsht & Tunnell, LLP, of Wilmigton.

Appealed from: United States District Court for the Eastern District of Virginia

Judge Thomas Selby Ellis, III

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1344

SYNTHON IP, INC.,

Plaintiff-Appellant,

v.

PFIZER, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 1:05-CV-1267, Judge Thomas Selby Ellis, III.

_____

DECIDED:   June 17, 2008

_____

Before MAYER, <u>Circuit Judge</u>, PLAGER, <u>Senior Circuit Judge</u> and DYK, <u>Circuit Judge</u>.

PER CURIAM.

The court, having considered the submissions and oral arguments of the parties, and having considered the record before and judgment of the United States District Court for the Eastern District of Virginia, holds that the findings of inequitable conduct and  exceptional case, and the award of attorney fees are <u>affirmed</u>.  Under these circumstances, we need not reach the issues of infringement and validity.